FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 8 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> vs.<br><br>Anthony Johnson,<br><br>    Defendant. | CR-17-08149-PCT-JJT (ESW)<br><br>**INDICTMENT**<br><br>VIO: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession With Intent to Distribute Methamphetamine, a Controlled Substance)<br>Counts 1 and 2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about July 25, 2016, in the District of Arizona, defendant, ANTHONY JOHNSON, did knowingly and intentionally possess with intent to distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2

On or about October 21, 2016, in the District of Arizona, defendant, ANTHONY JOHNSON, did knowingly and intentionally possess with intent to distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

1  In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2  A TRUE BILL

3

4  s/
FOREPERSON OF THE GRAND JURY
Date:  June 28, 2017

5

6  ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

7

8  s/
ANTHONY W. CHURCH
Assistant U.S. Attorney

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28